NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**J.S.T. CORPORATION,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ROBERT BOSCH LLC, ROBERT BOSCH, SISTEMAS AUTOMATRICES, S.A. DE C.V., FOXCONN INTERCONNECT TECHNOLOGY, LTD.,**
*Intervenors*

_____

2019-2308

_____

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1043.

_____

Decided: July 10, 2020

_____

JONATHAN MASSEY, Massey & Gail LLP, Washington, DC, argued for appellant. Also represented by CHRISTOPHER LAURENCE MAY; KENNETH GOLDMAN, San Francisco, CA; KEITH SCALA, Myers Bradford, Washington, DC.

CLINT A. GERDINE, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG.

MARK S. DAVIES, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for intervenors. Also represented by JORDAN COYLE, CHRISTOPHER J. HIGGINS, KATHERINE M. KOPP; ALEXANDRA BURSAK, MATTHEW R. SHAHABIAN, New York, NY; MICHAEL CHOW, Irvine, CA; BAS DE BLANK, Menlo Park, CA.

_____

Before LOURIE, SCHALL, and DYK, *Circuit Judges.*

PER CURIAM.

J.S.T Corporation ("JST") appeals a determination by the United States International Trade Commission ("Commission") finding no violation of 19 U.S.C. § 1337. Specifically, JST argues that the Commission erred in finding claims 2, 4, and 9–10 of U.S. Patent No. 7,004,766 to be not infringed and invalid.

We agree with the Commission's construction of "first holes" "to require that the first (elongated) holes at the periphery of the tine plate in the longitudinal direction must be closer to the periphery of the tine plate than any second hole." J.A. 38. Because it is undisputed that the accused products do not infringe under this construction, we affirm the Commission's finding of noninfringement.

We also agree with the Commission's construction of "contact legs" to include legs that connect to ground and affirm the Commission's holding that the asserted claims were anticipated by the Tyco Docking Station Connector.

**AFFIRMED**